**SARA M. PELOQUIN**
California State Bar No.  Pending
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Sara_Peloquin@fd.org

Attorneys for Mr. Gonzalez-Vasquez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj0341 |
| Plaintiff, | ) | |
| v. | ) | |
| CARMELO GONZALEZ-VASQUEZ, | ) | **NOTICE OF APPEARANCE** |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: February 11, 2008

/s/  *Sara Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Gonzalez-Vasquez

1

**CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3   and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6

7   Dated:  February 11, 2008                    /s/  Sara Peloquin
                                        **SARA M. PELOQUIN**
8                                       Federal Defenders of San Diego, Inc.
                                        225 Broadway, Suite 900
9                                       San Diego, CA  92101-5030
                                        (619) 234-8467  (tel)
10                                      (619) 687-2666  (fax)
                                        Sara_Peloquin@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08MJ8098-PCL